UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60083-Civ-COHN
(10-60290-Cr-COHN)
MAGISTRATE JUDGE P. A. WHITE

ANTHONY MELLONE,           :

    Movant,              :

v.                         :     ORDER
                                   CANCELLING 11/7/2012 HEARING
                                   AND PERMITTING TRANSFER OF INMATE
UNITED STATES OF AMERICA,  :

    Respondent.          :
_____

    Pursuant to the Writ of Habeas Corpus Ad Testificandum entered in this case on August 15, 2012 (Cv:DE20), Movant, **Anthony Mellone, Reg. No. 94597-004,** whose home facility was FCI Herlong, at Herlong, CA, 96113, was brought to this District for an Evidentiary Hearing scheduled to be held on November 7, 2012, on an issue raised in his §2255 Motion to Vacate. Inmate Mellone, who is currently confined at FDC-Maimi, consulted with counsel appointed to represent him for the hearing, and filed a Motion (Cv:DE26) for leave to withdraw his Motion to Vacate, with prejudice. A separate Report has been entered recommending that the Motion Cv:DE26 be granted.

    The writ (Cv:DE31) provides in pertinent part that the **Warden** [of FDC Miami] and any other duly authorized federal law enforcement officers, were to maintain the Movant in custody in this District during the course of such proceedings and return him to his permanent facility thereafter. The hearing will not be held, and the Court does not anticipate that the prisoner's personal appearance will be required for any further matters in this case.

    It is thereupon

    ORDERED AND ADJUDGED as follows:

1. **The November 7, 2012 Evidentiary Hearing,** which was set pursuant to the Court's Order Cv:DE19, **is CANCELED.**

2.    The presence of inmate **Anthony Mellone, Reg. No. 94597-004,** in

the Southern District of Florida is no longer required; the Court leaves matters of institutional assignments and inmate movement to the federal Bureau of Prisons (BOP) and the United States Marshals Service; and the officials of the BOP and the Marshals Service who are charged with population management and the care and transportation of prisoners, may transfer inmate **Anthony Mellone, Reg. No. 94597-004** from FDC Miami, whereat he is presently confined.

DONE AND ORDERED at Miami, Florida this 18th Day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   United States Marshal

　　　Betty Rodriguez, Courtroom Deputy

　　　Warden
　　　FDC MIAMI
　　　FEDERAL DETENTION CENTER
　　　P.O. BOX 019118
　　　MIAMI, FL 33101
　　　 (**Via regular mail**)

　　　Warden
　　　FCI Herlong
　　　Federal Corrrectional Institution
　　　P.O. BOX 900
　　　Herlong, CA  96113
　　　 (**Via regular mail**)

　　　Neil M. Schuster, Esquire
　　　Attorney for Movant
　　　555 N.E. 15th Street, Suite 2C
　　　Miami, FL 33123
　　　 **(Via CM/ECF)**

　　　Jaime A. Raich, AUSA
　　　United States Attorney's Office
　　　99 NE 4 Street
　　　Miami, FL 33132
　　　 **(Via CM/ECF)**