UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60083-CIV-COHN/WHITE
(CASE NO. 10-60290-CR-COHN)

ANTHONY MELLONE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Movant Anthony Mellone's Application for Certificate of Appealability [DE 38] ("Motion").  The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

Mellone apparently seeks a certificate of appealability regarding the Court's April 3, 2013, Order denying Mellone's motion to reopen his § 2255 action.  See DE 32.  The Court had previously granted Mellone's request to voluntarily dismiss the action with prejudice.  See DE 29 (Order of Oct. 22, 2012).  After due consideration, the Court denies a certificate of appealability because Mellone has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack v. McDaniel, 529 U.S. 473, 484 (2000); see 28 U.S.C. § 2253(c)(2).[1]

---

[1] To the extent Mellone is also seeking to appeal the Court's later Orders denying his motion to amend and supplement and his motion for reconsideration, see DE 34, 36, the Court denies a certificate of appealability for those Orders as well.

Accordingly, it is **ORDERED AND ADJUDGED** that Movant Anthony Mellone's Application for Certificate of Appealability [DE 38] is hereby **DENIED**. The Court notes that pursuant to Rule 22(b)(1) of the Federal Rules of Appellate Procedure, Mellone may seek a certificate of appealability from the Eleventh Circuit.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October, 2013.

_____
JAMES I. COHN
United States District Judge

Copies to:

Counsel of record

Anthony Mellone
94597-004
FCI – Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA  96113